**Gary Kenneth HERZOG, Petitioner—Appellant,**

v.

**Joan PALMATEER, Superintendent, Respondent—Appellee.**

No. 02–36105.

D.C. No. CV–00–06066–ALH.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2003.*

Decided Nov. 12, 2003.

Christopher J. Schatz, Esq., FPDOR–Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

Before ALARCON, RAWLINSON, Circuit Judges, and BYBEE, Circuit Judge.

MEMORANDUM **

Appellant Gary Herzog appeals the district court's denial of his habeas petition. Herzog contends that his trial counsel acted ineffectively by not conducting a personal inspection of an FBI database used to determine the likelihood that he was the source of semen found on two of the victims. We disagree. Even assuming de-

---

fense counsel should have investigated the database, Herzog has not established a reasonable probability that the outcome of his trial would have differed. *See Strickland v. Washington,* 466 U.S. 668, 694, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). All four victims identified Herzog as their attacker, matched his clothing to the outfit worn by their assailant, and furnished a number of intimate details about the interior of Herzog's truck. Further, the prosecution introduced a considerable amount of probative, non-DNA physical evidence.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

